**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6703**

_____

THOMAS ANTHONY LITTEK,

            Plaintiff - Appellant,

      v.

HAROLD CLARKE, Director of VDOC; FREDERICK SCHILLING, VDOC's
Medical Director; STANLEY YOUNG, Warden at PSCC; ADAM K.
WYATT,

            Defendants – Appellees,

      and

ARMOR CORRECTIONAL HEALTH SERVICES, INC., Corporation
contracted to provide medical and dental services to VDOC,

            Defendant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:16-cv-00072-JLK-PMS)

_____

Submitted:  September 20, 2016      Decided:  October 12, 2016

_____

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Anthony Littek, Appellant Pro Se.  Laura Haeberle Cahill,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richard Carson

Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Anthony Littek appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Littek v. Clarke, No. 7:16-cv-00072-JLK-PMS (W.D. Va. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED